**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

UNITED STATES OF AMERICA )
)
v. ) CAUSE NO.: 1:26-CR-62-HAB
)
DESTINY M GUERRERO )

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**

This matter is before the Court on the Findings and Recommendation of the United States Magistrate Judge [ECF No. 22], filed on September 29, 2026. The Defendant and Government have waived objection to the Findings and Recommendation prior to expiration of the 14 day deadline by filing a Joint Motion of No Objection to the Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty [ECF No. 23] filed on September 29, 2026.

The Court being duly advised, ADOPTS the Findings and Recommendation [ECF No. 22] in its entirety and ACCEPTS the recommended disposition. Subject to this Court's consideration of the Plea Agreement pursuant to Federal Rule of Criminal Procedure 11(c), if applicable and necessary, the plea of guilty to the offense charged in Counts 1, 2 and 3 of the Indictment is hereby ACCEPTED, and the Defendant is adjudged GUILTY of the offense.

The Sentencing Scheduling Order scheduling sentencing-related deadlines and hearings will be issued by separate order.

SO ORDERED on September 30, 2026.

s/ Holly A. Brady
CHIEF JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT